# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| LINGJIA CAI, *et al.*, | ) |
| *Plaintiffs*, | ) Civil No. 1:17-cv-0531 |
| v. | ) Hon. Liam O'Grady |
| | ) Hon. John Anderson |
| MAOLIN ZHANG, *et al.*, | ) |
| *Defendants*. | ) |

## ORDER

This matter comes before the Court on Magistrate Judge Anderson's Proposed Findings of Fact and Recommendations ("Recommendation") (Dkt. 18). The Recommendation was entered on October 4, 2017. Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting any objections to the Recommendation was October 18, 2017. To date, no objections have been filed. Thus, after reviewing the record and Judge Anderson's Recommendation, and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the Recommendation (Dkt. 18) in full.

Accordingly, Plaintiffs' motion for default judgment under the Anti-Cybersquatting Consumer Protection Act (15 U.S.C. § 1125(d)) (Dkt. 12) is hereby **GRANTED**. The Court hereby **ORDERS** that VeriSign, Inc., as registry for the following domain names, confirm that the register of record for the following domain names is GoDaddy.com and if not, transfer the registration to GoDaddy.com and that GoDaddy.com transfer the registrations for the following domains back to Plaintiffs Lingjia Cai and Yongfang Xiang: 111xin2.com; 222xin2.com; 333xin2.com; 444xin2.com; 555xin2.com; 666xin2.com; 7422.com; 777xin2.com; 797979.com;

1

888xin2.com; 999xin2.com; cheng11.com; cheng111.com; cheng222.com; cheng33.com; cheng333.com; cheng444.com; cheng55.com; cheng555.com; cheng666.com; cheng77.com; cheng777.com; cheng88.com; cheng99.com; fa888.com; long00000.com; long11111.com; long22222.com; long33333.com; long44444.com; long55555.com; long66666.com; long77777.com; long88888.com; long99999.com; my1898.com; new2.com; xin2.com; xin2.net; yhgj.com; 7-q.com; bx111222.com; bx222333.com; bx333444.com; bx444555.com; bx555666.com; bx666777.com; bx777888.com; bx888999.com; h1898.com; hg1669.com; hg1895.com; hg1896.com; hg1898.com; hg1898.net; hggjw.com; hggjw.net; hhhggg.com; hhhggg.net; hhhggg.org; ok888999.com; sjb1122.com; sjb1133.com; sjb1144.com; sjb1155.com; sjb6699.com; yh111222.com; yh1122.com; yh1133.com; yh1144.com; yh1155.com; yh1555.com; yh1666.com; and yh6789.com. The remaining claims asserted in the Amended Complaint are dismissed without prejudice.

It is **SO ORDERED**.

January 10, 2018  
Alexandria, Virginia

Liam O'Grady  
United States District Judge